UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DONOVAN,<br><br>Defendant. | Case No. 2:24-CR-00264-GMN-DJA<br><br>**FIRST STIPULATION TO CONTINUE MOTION DEADLINE FOR DISTRICT JUDGE REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER** |

Based on the Stipulation of the Parties,

IT IS HEREBY ORDERED that the government's response deadline is continued from December 31, 2025 to January 14, 2026 and defendant's reply is now due January 21, 2026.

_____   December 17, 2025
U.S. DISTRICT JUDGE