TODD BLANCHE
Attorney General
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES DONOVAN,<br>Defendant. | Case No. 2:24-cr-00264-GMN-DJA<br><br>STIPULATION TO CONTINUE SENTENCING (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rick Mula, counsel for Defendant James Donovan, that the Sentencing currently scheduled for September 21, 2026 at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the government anticipates being out of the district on work related travel between September 14, 2026 and September 25, 2026. Given the complex nature of the instant matter, assigned counsel's personal presence at the sentencing is necessary.

2. The parties agree to the continuance.

///

///

3. This is the first request for a continuance of the sentencing.

DATED this 17th day of August, 2026.

TODD BLANCHE
Attorney General

By: */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

By: */s/ Rick Mula*
RICK MULA
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES DONOVAN,

Defendant.

Case No. 2:24-cr-00264-GMN-DJA

ORDER

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for September 21, 2026 at 9:00 a.m., be vacated and continued to October 20, 2026, 2026, at the hour of 9:30 a.m.

DATED this 17 day of August, 2026.

______________________________
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE