✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 23 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES DONOVAN,<br>Defendant. | 2:24-CR-00264-GMN-DJA<br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by James Donovan to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which James Donovan pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 4; Change of Plea, ECF No. 38; Plea Agreement, ECF No. 39; Preliminary Order of Forfeiture, ECF No. 40.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 9, 2026, through July 8, 2026, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 41-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. One (1) black desktop computer tower, serial number: 1410633784162574 containing one (1) Samsung 500GB SATA SSD Drive, Model No. MZ-7TE500, Serial No. S1DHNSAF748837B;
2. One (1) silver Dell laptop, Model No. PP27LA, containing one (1) Seagate 250GB SATA hard drive, Model No. ST9250410AS, Serial No. 5VG50N9A;
3. One (1) Lexar 2GB thumb-drive;
4. One (1) Gigamon 4GB thumb-drive;
5. One (1) San Disk 32GB Open BSD5.6 thumb-drive;
6. One (1) Amazon Kindle 64GB tablet, Serial No. K72LL3;
7. One (1) Amazon Kindle Fire HD 10 7th Gen 64GV tablet, Model No. L-2338, Serial No. G000NS0473160FRJ;
8. One (1) Seagate Free Agent Go Flex 2TB external storage, Serial No. NA0KDHT0, containing Seagate 2TB SATA hard-drive, Model No. ST2000DL001, Serial No. 5YD1L3SF; and
9. One (1) Apple Mac Book Pro 250GB, Model No. A1398, Serial No. C02NX8ETG3QC

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

rights, titles, and interests in the property are extinguished and are not recognized for James Donovan and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Oct 23, 2026.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE